IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No. 08-cv-00371-ZLW-MEH

DANIEL GIOVANNETTI,

    Plaintiff,

v.

TIBURON FINANCIAL, LLC, a Nebraska limited liability company,

    Defendant.

---

## ORDER DISMISSING CASE WITH PREJUDICE

---

    Pursuant to and in accordance with Fed. R. Civ. P. 41(a)(1)(i) and Plaintiff's Notice Of Dismissal With Prejudice (Doc. No. 5), it is

    ORDERED that this case is dismissed with prejudice, each party to pay his or its own attorney's fees and costs.

    DATED at Denver, Colorado, this __2nd__ day of April, 2008.

                                    BY THE COURT:

                                    _____
                                    ZITA L. WEINSHIENK, Senior Judge
                                    United States District Court